UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEVON MATTHEWS

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

M. RUQUET

D RODRIGUEZ

*(In the space above enter the full name(s) of the defendant(s): If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

# COMPLAINT

under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☑ Yes ☐ No
(check one)

**I. Parties in this complaint:**

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff
Name Devon Matthews
ID # 21 A 1983
Current Institution Elmira Corr. Facility
Address 1879 Davis Street
Elmira, New York 14902

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1 Name M. Ruquet Shield # ______
Where Currently Employed Sing Sing Corr. Fac.
Address 354 Hunter
Ossining, New York

Defendant No. 2 Name D. Rodriquez Shield # ______
Where Currently Employed Sing Sing Corr. Fac.
Address 354 Hunter
Ossining, N.Y.

Defendant No. 3 Name ______ Shield # ______
Where Currently Employed ______
Address ______

Defendant No. 4 Name ______ Shield # ______
Where Currently Employed ______
Address ______

Defendant No. 5 Name ______ Shield # ______
Where Currently Employed ______
Address ______

**II. Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur? Sing Sing Corr. Facility

B. Where in the institution did the events giving rise to your claim(s) occur? B-Block, W-Gallery

C. What date and approximate time did the events giving rise to your claim(s) occur? SEE ATTACH COMPLAINT.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✓ No ___

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). Sing Sing Corr. Facility

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ✓ No ___ Do Not Know ___

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ✓ No ___ Do Not Know ___

If YES, which claim(s)? Excessive Force

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ✓ No ___

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ___ No ___

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance? Sing Sing Corr. Facility

1. Which claim(s) in this complaint did you grieve? Excessive Force

2. What was the result, if any? ___

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. I appealed to Superintendent after My grievance was ignored. My Superintendant appeal was never answered. see attached. (Grievance and appeal.

F. If you did not file a grievance:

D. Facts: SEE ATTACH COMPLAINT

'hat ippened you?

Vho did 'hat?

'as iyone se volved?

'ho else at ed?

## III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

SEE ATTACH COMPLAINT

## IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

2. If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

**Note:** You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. **Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount).

SEE ATTACH COMPLAINT

**VI. Previous lawsuits:**

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____ No ✓

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff ______________________________

Defendants ______________________________

2. Court (if federal court, name the district; if state court, name the county) ______________________________

3. Docket or Index number ______________________________

4. Name of Judge assigned to your case ______________________________

5. Approximate date of filing lawsuit ______________________________

6. Is the case still pending? Yes ____ No ____

If NO, give the approximate date of disposition ______________________________

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) ______________________________

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes ____ No ✓

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff ______________________________

Defendants ______________________________

2. Court (if federal court, name the district; if state court, name the county) ______________________________

3. Docket or Index number ______________________________

4. Name of Judge assigned to your case ______________________________

5. Approximate date of filing lawsuit ______________________________

6. Is the case still pending? Yes ____ No ____

If NO, give the approximate date of disposition ______________________________

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) ______________________

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 6 day of 24, 2024

Signature of Plaintiff Devon Matthews

Inmate Number 21-A-1983

Institution Address Elmira Corr. Fac.
1879 Davis Street
Elmira, N.Y. 14902

<u>Note</u>: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 6 day of 24, 2024, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: [signature]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DEVON MATTHEWS,

Plaintiff,

-against-

COMPLAINT

M. RUQUET,
D. RODRIGUEZ,

Defendants.

---

SDNY
2024 JUL 19 AM 9:54

Statement of Facts

1. On September 4, 2023 defendants M. Ruquet and D. Rodriguez came up to the R & W Officer-In-Charge (OIC) Office where plaintiff Devon Matthews was speaking with the OIC

officer. When the OIC officer saw Ruquet and Rodriguez, she asked why were they here. The defendants made no reply and walked away.

2. Matthews returned to his cell (W-51) where he sat on his bed and began to operate his institutional tablet. Moments later Matthews heard another inmate yell "Ruquet and Rodriguez coming from R-Gallery, walking down [W-Gallery]." The defendants walked past Matthews' cell then came back. The defendants were whispering to each other as they looked

into Matthews' cell then again walked away again.

3. Ruquet returned to the cell with gloves on his hands. Matthews asked is there a problem. Ruquet replied telling Matthews not to move until the cell bars open. Rodriguez appeared and Matthews asked "what did I do?" Rodriguez said "don't fucking worry about it."

4. Matthews was still sitting on the bed when the cell gate opened and the defendants rushed inside the cell. Rodriguez grabbed Matthews by the throat as Ruquet

repeatedly punched Matthews in the body and face. Rodriguez removed his grip from Matthews' throat and began punching him. Ruquet then pulled out his stick and hammered it on Matthews' head, causing Matthews to lose consciousness, briefly.

5. Matthews awakened by multiple punches to the face. He was handcuffed from behind, beaten some more and dragged to a shower area where remained, cuffed, bleeding and bruised, for an hour before being taken to medical.

6. Ruquet manufactured a misbehavior report (MBR)-- endorsed by Rodriguez-- alleging that he found a weapon inside Matthews' cell and that Matthews assaulted Ruquet and Rodriguez. Exhibit A. Matthews was found guilty for weapons and assault on staff but the hearing determination was administratively reversed on January 9, 2024. Exhibit B.

Injuries

7. As a result of the excessive use of force plaintiff received multiple bruises, swellings and a broken eye socket.

## CAUSE OF ACTION

8. The actions of defendants Ruquet and Rodriguez in using excessive force without provocation violated the Eigth Amendment. Wilkins v. Gaddy, 559 U.S. 34 (2010).

## Relief

WHEREFORE, plaintiff request the following relief:

1. Compensatory damages in the amount of $500,000 jointly and severally against Ruquet and Rodriguez

2. $900,000 punitive damages each against Ruquet and Rodriguez.

Grant such other relief this court deem fair.

Dated: June , 2024

Devon Matthews
21-A-1983
Elmira Corr. Fac.
1879 Davis Street
Elmira, N.Y. 14902

EXHIBIT

A

FORM 2171 B (11/2021)
Side 2

NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

# SING SING CORRECTIONAL FACILITY

## INCARCERATED INDIVIDUAL MISBEHAVIOR REPORT ♦ INFORME DE MAL COMPORTAMIENTO INDIVIDUO ENCARCELADO

| 1. NAME OF INCARCERATED INDIVIDUAL (Last, First) ♦ NOMERE DEL INDIVIDUO ENCARCELADO (Apellido, Nombre) | NO. ♦ NUM | HOUSING LOCATION ♦ CELDA |
|---|---|---|
| Matthews, D. | 21A1983 | HBB-W-51 |
| **2. LOCATION OF INCIDENT ♦ LUGAR DEL INCIDENTE** | **INCIDENT DATE ♦ FECHA** | **INCIDENT TIME ♦ HORA** |
| HBB-W-51 | September 4, 2023 | 8:02am Approximately |

3. RULE VIOLATION(S) ♦ VIOLACION (ES)

100.11 ASSAULT ON STAFF

113.10 WEAPON

4. DESCRIPTION OF INCIDENT ♦ DESCRIPCION DEL INCIDENTE

On the above date and approximate time, I observed I/I Matthews, D. 21A1983 standing in the doorway of the R&W OIC office. I asked Matthews what he was doing there at which time he began running through the center gate area to his cell, W-51. Officer Rodriguez and myself gave chase at which time Officer Rodriguez witnessed Matthews attempting to flush the contraband. Officer Rodriguez used a bear hug body type hold to pull him away from the toilet at which time he broke free from Officer Rodriguez and struck him in the face multiple times. I entered the cell to assist and used a bear hug body type hold to bring Matthews down to the bed face first at which time he turned onto his back striking me in the face multiple times. As Matthews stood up he kicked Officer Rodriguez in the stomach. I/I Matthews continued to be combative until mechanical wrist restraints were applied at which time all force ceased. After Matthews was escorted out of the area by non-involved staff, I recovered (1) 5" x 1" metal Ice pick type weapon wrapped in white bed sheet forming a handle. I took possesion of the contraband weapon, photograhped it, and secured it per Directive 4910A.

Served by CO T. Jackson 9/19/23 @ 1:50pm

| REPORT DATE ♦ FECHA | REPORTED BY ♦ REPORTADO POR | SIGNATURE ♦ FIRMA | TITLE ♦ TITULO |
|---|---|---|---|
| 09/04/23 | M.Ruquet | | C.O. |

5. ENDORSEMENTS OF OTHER EMPLOYEE WITNESSES (if any) ENDOSOS DE OTROS EMPLEADOS TESTIGOS (si hay)

SIGNATURES: FIRMAS: 1. ______ 2. ______ 3. ______

**NOTE: Fold back Page 2 on dotted line before completing below.**

DATE AND TIME SERVED UPON INCARCERATED INDIVIDUAL / FECHA HORA DADO AL INDIVIDUO ENCARCELADO ______ NAME AND TITLE OF SERVER / NOMBRE Y TITULO DEL QUE ENTREGA ______

You are hereby advised that no statement made by you in response to the charges or information derived therefrom may be used against you in a criminal proceeding. ♦ Por este medio se le informa que no se puede usar ninguna declaracion hecha por usted como respuesta al cargo o la informacion derivada de ella en una demanda criminal.

## NOTICE ♦ AVISO

**REVIEWING OFFICER (DETACH BELOW FOR VIOLATION HEARING ONLY)**

You are hereby notified that the above report is a formal charge and will be considered and determined at a hearing to be held. ♦ Por este medio se le norifica que el informe anterior es un carge formal el cual se considerara y determinara en una audiencia a celebrarse.

The incarcerated individual shall be permitted to call witnesses provided that so doing does not jeopardize institutional safety or correctional goals. ♦ Se le permitira al individuo encarcelado llamar testigos con tal de que al hacerlo no pondra en peligro la seguridad de la institucion o los objectivos del Departamento.

If restricted pending a hearing for this misbehavior report, you may write to the Deputy Superintendent for Security or his/her designee prior to the hearing to make a statement on the need for continued prehearing confinement. ♦ Si esta restringido pendiente a una audiencia por este informe de mal compartamiento, puede escribirle al Diputado del Superintendente para Seguridad o su respresentante antes de la audiencia para que haga una declaracion acerca de la necesidad de continuar bajo confinamiento , previo a la audiencia.

Distribution: WHITE - Disciplinary Office CANARY - Incarcerated individual (After review) ♦ Distribucion: BLANCA - Oficinia Discipliaria AMARILLA - individuo encarcelado (despues de la resion)

FORM 2171 B (11/21)
Side 2

NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

Sing Sing Correctional Facility

# INCARCERATED INDIVIDUAL MISBEHAVIOR REPORT ♦ INFORME DE MAL COMPORTAMIENTO DEL INDIVIDUO ENCARCELADO

| 1. NAME OF INCARCERATED INDIVIDUAL (Last, First) ♦ NOMBRE DEL INDIVIDUO ENCARCELADO (Apellido, Nombre) | DIN | HOUSING LOCATION ♦ CELDA |
|---|---|---|
| Ma[illegible] | 21A1983 | QB-W-51 |
| **2. LOCATION OF INCIDENT ♦ LUGAR DEL INCIDENTE** | **INCIDENT DATE ♦ FECHA** | **INCIDENT TIME ♦ HORA** |
| HB[illegible] | 9/4/23 | 8:25am |

3. RULE VIOLATION(S) ♦ VIOLACIÓN (ES)

113.10 - Weapon

4. DESCRIPTION OF INCIDENT ♦ DESCRIPCIÓN DEL INCIDENTE

On 9/4/23 at approx 8:25am while searching cell W51, I recovered a cutting type weapon in a 3oz garlic powder container found in the I/I's bottom locker, bottom shelf. I maintained possession of the weapon. I completed the cell search. No further contraband found. Area sgt. notified. The weapon was photographed and secured per directive 4910A.

Served by CO T[illegible] 9/12/23 @ 1:50pm

| REPORT DATE ♦ FECHA | REPORTED BY ♦ REPORTADO POR | SIGNATURE ♦ FIRMA | TITLE ♦ TITULO |
|---|---|---|---|
| 9/4/23 | K. Bonaparte | K Bonaparte | CO |

5. ENDORSEMENTS OF OTHER EMPLOYEE WITNESSES (if any) SIGNATURES:
ENDOSOS DE OTROS EMPLEADOS TESTIGOS (si hay) FIRMAS: 1. ____________

2. ____________ 3. ____________

**NOTE: Fold back Page 2 on dotted line before completing below.**

DATE AND TIME SERVED UPON INCARCERATED INDIVIDUAL ____________ NAME AND TITLE OF SERVER ____________

FECHA Y HORA DADO AL INDIVIDUO ENCARCELADO ____________ NOMBRE Y TÍTULO DEL QUE ENTREGA ____________

You are hereby advised that no statement made by you in response to the charges or information derived therefrom may be used against you in a criminal proceeding. ♦ Por este medio se le informa que no se puede usar ninguna declaración hecha por usted como respuesta al cargo o la información derivada de ella en una demanda criminal.

## NOTICE ♦ AVISO

**REVIEWING OFFICER (DETACH BELOW FOR VIOLATION HEARING ONLY)**

You are hereby notified that the above report is a formal charge and will be considered and determined at a hearing to be held. ♦ Por este medio se le notifica que el informe anterior es un cargo formal el cual se considerará y determinará en una audiencia a celebrarse.

The incarcerated individual shall be permitted to call witnesses provided that so doing does not jeopardize institutional safety or correctional goals. ♦ Se le permitirá al individuo encarcelado llamar testigos con tal de que al hacerlo no pondrá en peligro la seguridad de la institución ni las metas del Departamento.

If restricted pending a hearing for this misbehavior report, you may write to the Deputy Superintendent for Security or their designee prior to the hearing to make a statement on the need for continued prehearing confinement. ♦ Si está restringido pendiente a una audiencia por este informe de mal comportamiento, puede escribirle al Diputado del Superintendente para Seguridad o su representante antes de la audiencia para que haga una declaración acerca de la necesidad de continuar bajo confinamiento, previo a la audiencia.

Distribution: WHITE - Disciplinary Office CANARY - Incarcerated Individual (After review) ♦ Distribución: BLANCA - Oficina Disciplinaria AMARILLA - Individuo Encarcelado (después de la revisión)

EXHIBIT

B

NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
THE HARRIMAN STATE CAMPUS - BUILDING 2
1220 WASHINGTON AVENUE
ALBANY, N.Y. 12226-2050

REVIEW OF SUPERINTENDENT'S HEARING

NAME: MATTHEWS, DEVON NO. 21A1983

HEARING FACILITY: SING SING

ON BEHALF OF THE COMMISSIONER AND IN RESPONSE TO YOUR RECENT LETTER OF APPEAL, PLEASE BE ADVISED THAT YOUR SUPERINTENDENT'S HEARING OF OCTOBER 4, 2023, HAS BEEN REVIEWED AND REVERSED ON JANUARY 9, 2024.

A. RODRIGUEZ
DIRECTOR, SPECIAL HOUSING/
INMATE DISCIPLINARY PROGRAM

CC: FACILITY SUPERINTENDENT
CENTRAL OFFICE FILES

APPEAL DECISION RENDERED PURSUANT TO SECTION 254.8 OF CHAPTER V AND ELECTRONICALLY PRODUCED UPON THE AUTHORITY OF THE DIRECTOR OF SPECIAL HOUSING/INMATE DISCIPLINE PROGRAM.

Received ECF
JAN 10 2024
Discipline Office

SUPERINTEDENT

Grievance

And Appeal Frome

Grievance Complaint

Sing Sing Correctional Facility

Date: sept 4, 2023.

Devon Matthews 21A1983

On the above date and approximate time 7:50 AM. I incarcerated individual Matthews, D. 21A1983 was standing in the doorway of the R&W OIC office talking to the CO that was working on R&W gallery, when two officers By the names of CO" Rodriguez, CO" Ruquet, M. Came up the center steps from H-gallery to R-gallery.

Then the officer that was working R&W Gallery step out of the office and ask the two officers is there a problem is there a reason why y'all up here? But CO" Ruquet, M. & CO" Rodriguez didn't say anything so The officer walk back in her office And Kept talking to me. I told the officer Ima talk to her latter cause I have to get Ready for yard. I walk to my cell W-51 And locked my cell door grabed my tablet off my dess and sat down on my bed.

Then like ten minutes latter somebody yelled walking on whisky... which was CO" Ruquet & CO" Rodriguez coming from R-gallery walking down whisky gallery, the two officers walked pass my cell Then They turned around and came walking back pass my cell looked inside my cell as they was walking by CO" Ruquet, M. & CO" Rodriguez started whispering something to eachother And walked around the corner going toward R-gallery.

CO" Ruquet, M. came back and stoped in front of my cell W-51 with gloves on his hands I ask the officer is there a problem can I help you, CO" Ruquet, M. said to me Just dont move stay on your fucking bed Ass hole until my officer get your gate open. I asked the two officers why you talking to me like that? what did I do? CO" Rodriguez said don't fucking worry about it...

Than the cell door poped open And "CO" Rodriguez" and "CO. Ruquet, M. Approached me "in a violent aggressive manner without a necessary warning or explanation for the use of excessive force thats beyond their training.

while I was sitting on my bed CO"Rodriguez grabed me by the throat and started squeezing the breath out of me as if he was trying to kill me I was speechless while the other CO"Ruquet.M. was punching me in the body & face I saw my life flash befor my eye's, Than "CO"Rodriguez took his hands off my throat and started punching me multiple times, I put my hand's up to block my face from the two officers punchses, CO"Ruquet.M. pulled out his Knight stick and hit me on top of my head All I know is everything went black...

I was awaken up with multiple punchses to the face blood was everywere, "my nose and mouth was bleeding," left eye was closed shut. I was woozy I Really thought I was bout to die, I was scared for my life, They were beatin me up while I was still in handcuffs callin me all types of names. Then I was taken out of my cell and escorted to H-gallery shower area locked in the shower Room with cuff on for a hour until the officers decided to take me to the hospital because I was going through excruciating pains & suffering with difficalty breathing. I went to the hospital and did a full body XRay, The nurse said my left eye socket was Broken...

&

June 11, 2024

To: superintendent.

I would like to Appeal this grievance to the superintendent, do to the fact I filed this grievance at "sing sing cf." I never had a interview or a decision from the superintendent.

D. Matthews 21A1983
June 11, 2024

NEW YORK STATE | **Corrections and Community Supervision**

**KATHY HOCHUL**
Governor

**DANIEL F. MARTUSCELLO III**
Commissioner

TO: Matthews, D. 21A1983 I-7-19

FROM: M. Odell, IGPS (Mo)

DATE: June 10, 2024

RE: Untimely Grievance

Your complaint is being returned to you for the following reason:

Per Directive 4040, grievances must be filed within 21 calendar days of the alleged incident. It has been determined that the issues in your complaint are past the allotted time frames. As such, your grievance will not be processed and is being returned to you.

The IGP Supervisor may grant an exception to the time limit for filing a grievance based on mitigating circumstances (e.g., timely attempts to resolve a complaint informally by the inmate, etc.). An exception to the time limit may not be granted more than 45 days after an alleged occurrence.