UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
DEVON MATTHEWS

                Plaintiff,

v.

M. RUQUET and D. RODRIGUEZ,

                Defendants.
-----------------------------------------------------------x

**ORDER**

24-CV-05589 (PMH)

PHILIP M. HALPERN, United States District Judge:

On July 19, 2024, Devon Matthews ("Plaintiff"), proceeding *pro se* and *in forma pauperis*, commenced the instant action against M. Ruquet and D. Rodriguez ("Defendants"). (Doc. 1). On July 29, 2024, the Court issued an Order of Service as to Defendants. (Doc. 7). On August 12, 2024, the Clerk of Court issued summonses as to Defendants. (Doc. 8). The docket indicates that the U.S. Marshals Service executed service on Defendants on November 1, 2024. (Docs. 11-12). Defendants' deadline to answer or otherwise respond to the complaint was November 22, 2024. (*Id.*). Defendants did not answer or otherwise respond to the Complaint. There has been no activity on the docket since the filing of the U.S. Marshals Service Receipts.

Accordingly, Plaintiff is directed to comply with this Court's Individual Practices Rule 4(B) by February 3, 2025. Failure to strictly comply with this Court's Individual Practices and this order may result in dismissal of this action in its entirety, without prejudice, for want of prosecution under Federal Rule of Civil Procedure 41(b).

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

SO ORDERED:

Dated: White Plains, New York
        January 2, 2025

                                                    _____
                                                    Hon. Philip M. Halpern
                                                    United States District Judge