> Application granted. The April 2, 2025 initial conference is adjourned to May 1, 2025 at 10:30a.m. via telephone conference. At the time of the scheduled conference, all parties shall call the following number: (855) 244-8681; access code 2317 236 5283.
>
> The Clerk of Court is respectfully directed to terminate the letter motion pending at Doc. 20 and mail a copy of this Order to Plaintiff.
>
> SO ORDERED.
>
> _/s/ Philip M. Halpern_
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>        March 28, 2025

**Office of the New York State Attorney General**

<u>Via ECF</u>
Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

RE: _Matthews v. Ruquet, et al._, 24 Civ. 5589 (PMH)

Dear Judge Halpern:

    I write on behalf of the Office of the New York State Attorney General ("OAG"), which currently represents Defendant Matthew Ruquet in the above-referenced action. This matter is currently scheduled for an initial conference to be held on April 2, 2025 at 10:30 a.m. (Dkt. No. 18). I write to respectfully request that the conference be rescheduled to a date and time at the Court's convenience.

    Plaintiff Devon Matthews is an incarcerated individual currently housed at Fishkill Correctional Facility ("Fishkill"). I contacted Fishkill to request that Plaintiff be produced at the above-referenced date and time. On March 27, 2025, I was informed that the facility is unable to produce Plaintiff for the scheduled conference as the phone booth is unavailable at that time due to a previously scheduled appointment.

    I was further informed that the phone booth operates on any given day from 9:00 a.m. until 11:00 a.m. and from 1:30 p.m. until 3:00 p.m., subject to availability. In the event the Court grants this request, Fishkill can produce Plaintiff for an initial conference on April 3, 2025 during the aforementioned time frame, as well as April 4, 2025 from 10:00 a.m. until 11:00 a.m. To the extent the Court is unavailable on those dates and times, OAG will apprise Fishkill and schedule Plaintiff for a time at which the Court is available.

    I thank the Court for its attention to this matter.

Respectfully,

_/s/ Daniel Luedtke_
Daniel Luedtke
Assistant Attorney General
(212) 416-8213
daniel.luedtke@ag.ny.gov

Hon. Philip M. Halpern  Page 2 of 2
March 27, 2025

Cc:    Devon Matthews, *pro se*
       DIN 21A1983
       Fishkill Correctional Facility
       271 Matteawan Road
       P.O. Box 1245
       Beacon, NY 12508-0307