**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

DEVON MATTHEWS,

Plaintiff,

-against-

24 **CIVIL** 5589 (PMH)

**JUDGMENT**

M. RUQUET and D. RODRIGUEZ,

Defendants.

---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 15, 2026, Defendants' motion for summary judgment is GRANTED and Plaintiff's Complaint is dismissed. Accordingly, judgment is entered for the Defendants and the case is closed.

**Dated:** New York, New York

July 17, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:**

**Deputy Clerk**